IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MALCOLM RENWICK AND RENWICK & ASSOCIATES, P.C., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:08-CV-337 (TJW) |
| v. | § § | |
| ARCHER D. BONNEMA, et. al,. Defendants. | § § § | |

## MEMORANDUM OPINION AND ORDER

Before the court is Defendant Millennium Plan's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6).[1] (Dkt. No. 41). Plaintiffs filed a response agreeing to dismiss all RICO causes of action against the Plan itself. This would leave only the state law claims that the Defendant has not sought to have dismissed. The RICO causes of action against The Millennium Plan are DISMISSED without prejudice.

SIGNED this 13th day of February, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

---

[1] Defendants alternatively seek a RICO Case Statement from the Plaintiffs. That request is DENIED as MOOT, as the court has already ordered the Plaintiffs to file a RICO Case Statement (Dkt. No. 55).