IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALCOLM RENWICK AND RENWICK & ASSOCIATES, P.C., <br>     Plaintiffs, <br><br> v. <br><br> ARCHER D. BONNEMA, et. al,. <br>     Defendants. | CIVIL ACTION NO. 2:08-CV-337 (TJW) |

## MEMORANDUM OPINION AND ORDER

Plaintiffs and Defendant The Guardian Life Insurance Company of America ("Guardian") have advised the court that all claims between them have been settled. Plaintiffs and Guardian have 30 days from the date of this order to submit any closing papers, including a stipulation of dismissal. Guardian is not required to attend the February 26, 2009 Scheduling Conference for this case.

SIGNED this 23rd day of February, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE